UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ZENITH GROUP LLC and FANG MIAO,<br><br>        Plaintiffs,<br><br>v.<br><br>CTV NEWS, CANADIAN<br>BROADCASTING CORPORATION,<br>and VANCOUVER SUN,<br><br>        Defendants. | Civil No. 23-10262-LTS |

ORDER ON DEFENDANTS' MOTION TO
DISMISS (DOC. NO. 12) AND DEFENDANTS' MOTION FOR SANCTIONS (DOC. NO. 14)

June 1, 2023

SOROKIN, J.

Plaintiffs Zenith Group LLC and Fang Miao sued Defendants Bell Media Inc. (incorrectly named as "CTV News" in the Complaint, according to Defendants' Motion to Dismiss), Canadian Broadcasting Corporation ("CBC"), and Postmedia Network Inc. (incorrectly named as "Vancouver Sun" in the Complaint). Zenith Group LLC is a Massachusetts corporation,[1] Doc. No. 6,[2] that goes by the name Create Abundance and was incorporated on

---

[1] The unverified Complaint alleges that "Zenith Group LLC d/b/a Create Abundance . . . is a limited liability company that is incorporated in both Canada and Lynnfield, Massachusetts, United States." Doc. No. 1 ¶ 2. The Court ordered clarification of Zenith Group's citizenship due to a concern regarding the Court's subject matter jurisdiction. Doc. No. 5. In response, Plaintiffs filed an affidavit signed by Plaintiff Miao stating that he is the owner of Zenith Group LLC and that Zenith Group LLC is a corporation with a state of incorporation and principal place of business in Massachusetts. Doc. No. 6. Accordingly, the Court disregards the unsworn allegation in the Complaint that Zenith Group is an LLC incorporated in Canada.

[2] Citations to "Doc. No. __ at __" reference items appearing on the court's electronic docketing system, and pincites are to the page numbers in the ECF header.

March 24, 2021, according to Plaintiffs' Complaint. Doc. No. 1 ¶ 11. Miao is a Massachusetts resident. Id. ¶ 3. Defendants are news organizations located in Canada, one of which is an arm of the government of Canada. Defendants now move this Court to dismiss the Complaint on multiple grounds, Doc. No. 12, and Plaintiffs did not file any response to that Motion within the time period for opposition specified in Local Rule 7.1(b). Plaintiffs also did not seek an extension.

Plaintiffs assert one claim against the defendants for defamation arising out of news stories published by the Canadian defendants in June 2020 about a homicide in Canada. Doc. No. 1. The stories reference an international organization known as "Create Abundance," Doc. No. 1-3, which is a name allegedly also used or invoked by Plaintiff Zenith Group after its incorporation in 2021, i.e., after the publication of the challenged news articles. Obviously then, none of the articles mention in any way Plaintiff "Create Abundance" (Zenith Group). The articles also do not mention Plaintiff Miao. Simply put, for this reason alone, Count I for defamation fails to state a claim. The Motion to Dismiss, Doc. No. 12, is ALLOWED for this reason as well as on the other grounds advanced in the defendants' Memorandum in support of the Motion. Doc. No. 13.

There is a second motion pending before this Court: Defendants' Motion for Sanctions under Federal Rule of Civil Procedure 11. Doc. No. 14. This second motion asserts that Plaintiffs lacked a good faith basis to assert the defamation claim (given the foregoing), failed to allege any facts that would provide a basis for personal jurisdiction over any of the Canadian-based defendants, and ignored that one of the defendants (CBC) is subject to sovereign immunity. The time to oppose that motion has expired, and Plaintiffs have neither filed a response nor sought an extension of time to respond. Indeed, Plaintiffs have filed nothing since filing a joint stipulation

with counsel for Defendants extending the deadline for Defendants' responses to the Complaint. Doc. No. 7. The Court ORDERS Plaintiffs and their lawyer Christopher P. Walsh to file a response to the Motion for Sanctions by June 16, 2023. The Clerk shall (1) docket this Order on ECF, and (2) mail a copy of the Order, first class mail postage prepaid, to each of the two plaintiffs as well as counsel of record for the plaintiffs.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge